AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Mahmoud Alili
*Plaintiff*
v.
GS Holistic Llc
*Defendant*

Civil Action No. 1:25-cv-00837

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: For the foregoing reasons, GS Holistic's Motion (Doc. #15) is SUSTAINED. Alili's Amended Complaint (Doc. #7) is DISMISSED WITH PREJUDICE. Judgment shall enter in favor of GS Holistic and against Alili.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Dismissal .

Date: 06/02/2026

*CLERK OF COURT*

Anne Wamsley

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO